UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP EARL,

    Plaintiff,                                           Case No. 1:12-cv-892

v.                                                          HON. JANET T. NEFF

OCEANA COUNTY, et al.,

    Defendants.

_____/

**ORDER**

This is a civil action filed by a *pro se* litigant. The case was referred to the Magistrate Judge, who issued a Report and Recommendation on October 30, 2012, recommending that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this Court. The Report and Recommendation was duly served on the parties. The copy of the Report and Recommendation mailed to Plaintiff on October 31, 2012 was returned to the Court on November 5, 2012 marked, "returned to sender - insufficient address," and "unable to forward" (Dkt 19). No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 18) is APPROVED and ADOPTED as the Opinion of the Court.

A Judgment will be entered consistent with this Order.


Date: November 19, 2012                                        /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                    United States District Judge